# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

KEVIN DEWON JONES                                                     PLAINTIFF
#6555

v.                              No. 3:23-cv-17-DPM

PATRICIA MARSHALL, Jail
Administrator, Poinsett County
Detention Center;  SUSAN
DUFFELL, Nurse, Poinsett County
Detention Center;  MATT HALL,
Jailor, Poinsett County Detention
Center;  AMANDA RUSSELL,
Jailor, Poinsett County Detention
Center;  and GINA HINEMANN, Lt.,
Poinsett County Detention Center                                      DEFENDANTS

## ORDER

1.   The Court withdraws the reference.

2.   Jones has not updated his address with the Clerk;  and the
time to do so has passed.  *Doc. 9*.  His complaint will therefore be
dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  Jones's motion for
a temporary restraining Order, *Doc. 5*, is denied without prejudice as
moot.  An *in forma pauperis* appeal from this Order and accompanying
Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_24 April 2023_