## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

KEVIN DEWON JONES                                           PLAINTIFF
#6555

v.                              No. 3:23-cv-17-DPM

PATRICIA MARSHALL, Jail
Administrator, Poinsett County
Detention Center;  SUSAN
DUFFELL, Nurse, Poinsett County
Detention Center;  MATT HALL,
Jailor, Poinsett County Detention
Center;  AMANDA RUSSELL,
Jailor, Poinsett County Detention
Center;  and GINA HINEMANN, Lt.,
Poinsett County Detention Center                            DEFENDANTS

### JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 April 2023